Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 19–12656–ABA
                    Chapter: 13
                    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Sergio A. DeJesus Jr.                         Vanina P DeJesus
   aka Sergio A DeJesus                       46 Dunlin Way
   46 Dunlin Way                               Sicklerville, NJ 08081
   Sicklerville, NJ 08081

Social Security No.:
   xxx–xx–7119                                  xxx–xx–7424

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                 August 20, 2021
Time:                09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*61* – Certification in Opposition to (related document:59 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 07/26/2021. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Seymour Wasserstrum on behalf of Sergio A. DeJesus Jr., Vanina P DeJesus. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.


Dated: July 27, 2021
JAN: lgr

                                                                                    Jeanne Naughton
                                                                                    Clerk