Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                  Case No.: 19−12656−ABA
                  Chapter: 13
                  Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Sergio A. DeJesus Jr.<br>aka Sergio A DeJesus<br>46 Dunlin Way<br>Sicklerville, NJ 08081 | Vanina P DeJesus<br>46 Dunlin Way<br>Sicklerville, NJ 08081 |

Social Security No.:
  xxx−xx−7119                                 xxx−xx−7424

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on August 20, 2021.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 20, 2021
JAN: har

                                                                                     Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Sergio A. DeJesus, Jr.  
Vanina P DeJesus  
    Debtors

Case No. 19-12656-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 5  
Date Rcvd: Aug 20, 2021      Form ID: 148      Total Noticed: 77

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sergio A. DeJesus, Jr., Vanina P DeJesus, 46 Dunlin Way, Sicklerville, NJ 08081-1324 |
| 518017664 | + | Advocare, PO Box 3001 D06, Voorhees, NJ 08043-0598 |
| 519259723 | + | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518017667 | | American Express, PO Box 740640, Atlanta, GA 30374-0640 |
| 518038666 | + | BAYVIEW LOAN SERVICING, LLC, FEIN, SUCH, KAHN & SHEPARD, P.C., Counsellors at Law, 7 Century Drive - Suite 201, Parsippany, New Jersey 07054-4609 |
| 518191603 | + | BAYVIEW LOAN SERVICING, LLC servicer for METROPOLI, 4425 Ponce De Leon Blvd, 5th Floor, BK Dept, Coral Gables, FL 33146-1837 |
| 518017679 | + | Discover Bank, 325 Chestnut St, Ste 501, Philadelphia, PA 19106-2605 |
| 518017680 | | Genomind, 200 Renaissance Blvd Suite 100, King of Prussia, PA 19406 |
| 518956140 | + | Metropolitan Life Insurance Company., Denise Carlon Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518017686 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518017687 | | Quest Diagnostics, P.O. Box 740775, Cincinnati, OH 45274-0775 |
| 518017688 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 518062095 | + | South Jersey Gas, PO Box 577, Hammonton, NJ 08037-0577, Attn: Mrs. Demarco |
| 518064446 | + | South Jersey Gas, Attn: Mrs. DeMarco, Po Box 577, Hammonton, NJ 08037-0577 |
| 518017701 | + | WAWA/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 20 2021 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 20 2021 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518017666 | + | EDI: RMCB.COM | Aug 21 2021 00:23:00 | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 518017663 | + | Email/Text: collections@abcofcu.org | Aug 20 2021 20:33:00 | Abco Federal Credit Union, PO Box 247, Rancocas, NJ 08073-0247 |
| 518184417 | | EDI: GMACFS.COM | Aug 21 2021 00:23:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518017665 | + | EDI: GMACFS.COM | Aug 21 2021 00:23:00 | Ally Financial, PO Box 130424, Saint Paul, MN 55113-0004 |
| 518134781 | | EDI: BECKLEE.COM | Aug 21 2021 00:23:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518017668 | + | Email/Text: bk@avant.com | Aug 20 2021 20:33:00 | Avant, 222 N. Lasalle St. Suite 1700, Chicago, IL 60601-1101 |
| 518587137 | + | EDI: LCIBAYLN | Aug 21 2021 00:23:00 | BAYVIEW LOAN SERVICING, LLC, 4425 |

Case 19-12656-ABA    Doc 65    Filed 08/22/21    Entered 08/23/21 00:15:55    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 20, 2021 | Form ID: 148 | Total Noticed: 77 |

| | | | | |
|---|---|---|---|---|
| | | | | PONCE DE LEON BLVD, 5TH FLOOR, BK DEPT, CORAL GABLES, FL 33146-1873 |
| 518017669 | + | EDI: TSYS2.COM | Aug 21 2021 00:23:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 518017670 | | Email/Text: bkmailbayview@bayviewloanservicing.com | Aug 20 2021 20:33:00 | Bayview Loan Servicing, 62516 Collection Center Drive, Chicago, IL 60693-0625 |
| 518017672 | | EDI: CAPITALONE.COM | Aug 21 2021 00:23:00 | Capital One Bank, PO Box 85015, Richmond, VA 23285 |
| 518017674 | + | EDI: CITICORP.COM | Aug 21 2021 00:23:00 | CBNA / Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518074260 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 20 2021 20:41:14 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518017671 | + | EDI: CAPITALONE.COM | Aug 21 2021 00:23:00 | Capital On Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518173019 | + | EDI: AIS.COM | Aug 21 2021 00:23:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518017673 | + | EDI: CAPITALONE.COM | Aug 21 2021 00:23:00 | Capital One Bank USA NA, 10700 Capital One Way, Glen Allen, VA 23060-9243 |
| 518017675 | | EDI: WFNNB.COM | Aug 21 2021 00:23:00 | Comenity - HSN, PO Box 183043, Columbus, OH 43218-3043 |
| 518191299 | | EDI: CRFRSTNA.COM | Aug 21 2021 00:23:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 518017676 | + | EDI: CRFRSTNA.COM | Aug 21 2021 00:23:00 | Credit First NA/Firestone, P.O. Box 81315, Cleveland, OH 44181-0315 |
| 518017677 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 20 2021 20:41:33 | Credit One Bank, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 518017678 | + | EDI: NAVIENTFKASMDOE.COM | Aug 21 2021 00:23:00 | Dept of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 518037306 | | EDI: DISCOVER.COM | Aug 21 2021 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518017681 | + | EDI: IIC9.COM | Aug 21 2021 00:23:00 | IC System, PO Box 64378, St Paul, MN 55164-0378 |
| 518017684 | + | EDI: IRS.COM | Aug 21 2021 00:23:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 518077293 | | EDI: JEFFERSONCAP.COM | Aug 21 2021 00:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518579153 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2021 20:41:18 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579152 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2021 20:41:17 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518184912 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2021 20:41:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518074316 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 20 2021 20:41:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518017685 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 20 2021 20:41:14 | Merrick Bank, PO Box 5721, Hicksville, NY 11802-5721 |
| 518192768 | | EDI: NAVIENTFKASMSERV.COM | Aug 21 2021 00:23:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518174754 | | EDI: PRA.COM | | |

Case 19-12656-ABA    Doc 65    Filed 08/22/21    Entered 08/23/21 00:15:55    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 20, 2021 | Form ID: 148 | Total Noticed: 77 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 21 2021 00:23:00 | Portfolio Recovery Associates, LLC, C/O synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518190393 | | EDI: PRA.COM | | |
| | | | Aug 21 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 518173381 | | EDI: PRA.COM | | |
| | | | Aug 21 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518196430 | | EDI: PRA.COM | | |
| | | | Aug 21 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 518190324 | | EDI: PRA.COM | | |
| | | | Aug 21 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Lowe's, POB 41067, Norfolk VA 23541 |
| 518190676 | | EDI: PRA.COM | | |
| | | | Aug 21 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Paypal Extras Mastercard, POB 41067, Norfolk VA 23541 |
| 518190525 | | EDI: PRA.COM | | |
| | | | Aug 21 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Sams Club, POB 41067, Norfolk VA 23541 |
| 518196434 | | EDI: PRA.COM | | |
| | | | Aug 21 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 518190586 | | EDI: PRA.COM | | |
| | | | Aug 21 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518190428 | | EDI: PRA.COM | | |
| | | | Aug 21 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Walmart Master Card, POB 41067, Norfolk VA 23541 |
| 518196435 | | EDI: PRA.COM | | |
| | | | Aug 21 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Wawa,inc, POB 41067, Norfolk VA 23541 |
| 518180290 | | EDI: Q3G.COM | | |
| | | | Aug 21 2021 00:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518128231 | | EDI: Q3G.COM | | |
| | | | Aug 21 2021 00:23:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518017689 | + | EDI: RMSC.COM | | |
| | | | Aug 21 2021 00:23:00 | SYNCB Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 518017692 | + | EDI: RMSC.COM | | |
| | | | Aug 21 2021 00:23:00 | SYNCB/Evine Live, PO Box 965005, Orlando, FL 32896-5005 |
| 518196252 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Aug 20 2021 20:33:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518017690 | | EDI: RMSC.COM | | |
| | | | Aug 21 2021 00:23:00 | Syncb/Amazon, PO Box 965036, Orlando, FL 32896-5036 |
| 518017693 | + | EDI: RMSC.COM | | |
| | | | Aug 21 2021 00:23:00 | Syncb/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 518017694 | + | EDI: RMSC.COM | | |
| | | | Aug 21 2021 00:23:00 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 518017695 | + | EDI: RMSC.COM | | |
| | | | Aug 21 2021 00:23:00 | Syncb/Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 518017696 | + | EDI: RMSC.COM | | |
| | | | Aug 21 2021 00:23:00 | Syncb/QVC, PO Box 965018, Orlando, FL 32896-5018 |
| 518017697 | + | EDI: RMSC.COM | | |
| | | | Aug 21 2021 00:23:00 | Syncb/Sams Club, PO Box 865005, Orlando, FL 32896-0001 |
| 518017698 | | EDI: RMSC.COM | | |
| | | | Aug 21 2021 00:23:00 | Syncb/Wal-Mart, Po Box 956024, Orlando, FL 32896-5024 |
| 518185327 | + | EDI: RMSC.COM | | |
| | | | Aug 21 2021 00:23:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA |

| Recip ID | Bypass | Notice Type | Date | Recipient |
|---|---|---|---|---|
| | | | | 23541-1021 |
| 518020317 | + | EDI: RMSC.COM | Aug 21 2021 00:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518157343 | + | Email/Text: bncmail@w-legal.com | Aug 20 2021 20:33:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518017699 | + | EDI: WTRRNBANK.COM | Aug 21 2021 00:23:00 | TD Bank/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 518017700 | | EDI: CITICORP.COM | Aug 21 2021 00:23:00 | THD/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 518017702 | + | EDI: WFFC.COM | Aug 21 2021 00:23:00 | WF/FMG, PO Box 14517, Des Moines, IA 50306-3517 |
| 518134691 | | EDI: WFFC.COM | Aug 21 2021 00:23:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 62

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | * | Bayview Loan Servicing, 62516 Collection Center Drive, Chicago, IL 60693-0625 |
| 518017683 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 07081 |
| 518017682 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 518579155 | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579154 | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518174983 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518196438 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Wawa,inc, POB 41067, Norfolk VA 23541 |
| 518017691 | * | Syncb/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2021                Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Metropolitan Life Insurance Company  dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Aug 20, 2021 | Form ID: 148 | Total Noticed: 77 |

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

R. A. Lebron
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bankruptcy@fskslaw.com

Seymour Wasserstrum
    on behalf of Joint Debtor Vanina P DeJesus mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

Seymour Wasserstrum
    on behalf of Debtor Sergio A. DeJesus  Jr. mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7