Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19–12656–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sergio A. DeJesus Jr.　　　　　　　　　　　　Vanina P DeJesus
aka Sergio A DeJesus　　　　　　　　　　　　46 Dunlin Way
46 Dunlin Way　　　　　　　　　　　　　　　Sicklerville, NJ 08081
Sicklerville, NJ 08081

Social Security No.:
　xxx–xx–7119　　　　　　　　　　　　　　　xxx–xx–7424

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 4, 2021　　　　　　　Andrew B. Altenburg Jr.
　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court